UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HIEBER,

    Plaintiff,

v.

Case No. 22-cv-11417
Hon. Matthew F. Leitman

OAKLAND COUNTY, *et al.*,

    Defendants.
_____/

## ORDER RESOLVING MOTIONS TO COMPEL (ECF Nos. 16, 17)

Now pending before the Court are Defendants' Motion to Compel (ECF No. 16) and Plaintiff's Motion to Compel (ECF No. 17). The Court addressed both motions with counsel during an on-the-record status conference on January 27, 2023. For the reasons stated on the record during that conference, the motions shall be resolved as follows: 1) Plaintiff shall review the draft stipulated protective order sent by Defendants and provide Defendants with any proposed revisions to the order by the close of business on Friday, **January 27, 2023**; 2) the parties shall submit the proposed stipulated protective order via the Court's ECF utilities function by the close of business on Monday, **January 30, 2023**; 3) both parties shall produce all non-privileged documents that are responsive to the outstanding discovery requests within one week after the Court enters the parties' stipulated protective order; 4) all parties shall make their witnesses and themselves available for depositions prior to

the close of fact discovery[1], and (5) all dates in the Case Management Order previously entered by the Court will be extended for 45 days.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

---

[1] The first deposition shall be Defendants' deposition of the Plaintiff unless the parties agree otherwise in writing.